BENJAMIN B. WAGNER
United States Attorney
PETER M. MULARCZYK
Special Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, CA  95814
(916) 554-2700
(916) 554-2900 FAX

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | 2:13-CR-00367-KJN |
| Plaintiff, | ORDER TO CONTINUE STATUS CONFERENCE |
| v. | |
| KUIWA WONG aka Daniel Wong, | DATE: January 22, 2014 |
| | TIME: 9:00 a.m. |
| Defendant. | JUDGE: Hon. Kendall J. Newman |

It is hereby ordered that the status conference currently scheduled for January 22, 2014, is continued to February 19, 2014. It is further ordered that the time from the date of the parties stipulation, and through February 19, 2014, be excluded from the calculation of time under the Speedy Trial Act, pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B)(iv) and Local Code T4.

IT IS SO ORDERED.

Dated:  January 17, 2014

KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

1