Patrick K. Hanly (SBN 128521)
980 9th Street, 16th Floor
Sacramento, California 95814
Telephone: (916) 773-2211
Facsimile: (916) 449-9543

Attorney for Defendant
Daniel Wong

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) Case No: 13-0367  KJN |
|---|---|
| Plaintiff, | ) |
| vs. | ) **STIPULATION REGARDING EXCLUDABLE TIME PERIODS UNDER SPEEDY TRIAL ACT;  FINDINGS AND ORDER** |
| DANIEL WONG, | ) |
| Defendant. | ) **Date: 2/19/2014** <br> **Time: 9:00 a.m.** <br> **Courtroom: Honorable** <br> **KENDALL J. NEWMAN** |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through his counsel of record, hereby stipulate as follows:

1. By previous order, this matter was set for status on February 19, 2014.

2. By this stipulation, defendant and the government now move to continue the status conference until March 5, 2014 at 9:00 a.m., before the Honorable Kendall J. Newman and to exclude time between February 19, 2014 and March 5, 2014 under Local Code T4

3. The parties agree and stipulate, and request that the Court find the following:

   a. The government and the defense are in the process of finalizing a plea agreement

in this case.

        b.     Counsel for defendant requests additional time to review discovery, to conduct investigation and research related to the charges and to discuss potential resolutions with his client.

        c.     Counsel for defendant believes that failure to grant the above-requested continuance would deny him the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

        d.     The government does not object to the continuance.

        e.     Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

        f.     For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period between  February 19, 2014 and March 5, 2014 , inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code T4] because it results from a continuance granted by the Court at defendant's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

    4.     Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the time period within which a trial must commence.

**IT IS SO STIPULATED.**                  BENJAMIN B. WAGNER
                                                               United States Attorney

DATED: 2-18-2014                          By:     /s/ Peter Mularczyk
                                                                       Special Assistant United States Attorney

DATED: 2-18-2014                                             /s/ Patrick K. Hanly
                                                                       Counsel for Defendant
                                                                       Daniel Wong

**O R D E R**

1
2   **IT IS SO ORDERED**.
3   Dated:  February 19, 2014
4
5   KENDALL J. NEWMAN
    UNITED STATES MAGISTRATE JUDGE
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28