1  BENJAMIN B. WAGNER
   United States Attorney
2  LAURA A. HUGGINS
   Special Assistant U.S. Attorney
3  501 I Street, Suite 10-100
   Sacramento, CA 95814
4  Telephone:  (916) 554-2700
   Facsimile:   (916) 554-2900

5

6  Attorneys for Plaintiff
   United States of America

7

8                    IN THE UNITED STATES DISTRICT COURT

9                        EASTERN DISTRICT OF CALIFORNIA

10

11  UNITED STATES OF AMERICA,              CASE NO. 2:13-CR-0367-KJN

12              Plaintiff,                 ORDER TO DISMISS THE INFORMATION

13        v.

14  DANIEL WONG,

15              Defendant.

16

17        It is hereby ordered that the Information in Case Number 2:13-CR-0367-KJN is dismissed

18  without prejudice.

19        IT IS SO ORDERED.

20

   Dated:  February 18, 2015
21

22                                         _____
                                           KENDALL J. NEWMAN
23                                         UNITED STATES MAGISTRATE JUDGE

24

25

26

27

28

                                           1